**Order entered April 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00167-CV

### SARAH GREGORY AND NEW PRIME, INC., Appellants

### V.

### JASWINDER CHOHAN, ET AL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02925-E**

## ORDER

Before the Court is appellees' April 23, 2020 unopposed motion to extend time to file their supplemental brief. Appellees' motion is **GRANTED,** and their brief shall be filed within **SEVEN DAYS** of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE